FILED
JUN 3 0 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHELLE B. BUSH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08 1122 |
| JUDGE KOLLAR-KOTELLY, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

This matter comes before the Court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The application will be granted, but the complaint will be dismissed.

Plaintiff's cause of action appears to arise from criminal proceedings in the United States District Court for the District of Maryland. She challenges the presiding judge's finding that "plaintiff was incompetent from 1996 through this 27th day of April 2008 and could not represent herself." Compl. at 2. She seeks an order "vacat[ing] any and all denials to appoint a guardian ad litem based on incompetency from 1996 through 2008." *Id.* at 3. Plaintiff's challenge to the rulings of another federal district court properly is brought by filing an appeal to the United States Court of Appeals for the Fourth Circuit. The courts of appeals "shall have jurisdiction of appeals from all final decisions of the district courts of the United States." 28 U.S.C. § 1291. This Court has no authority to review the decisions of another federal district court judge.

Insofar as plaintiff attempts to sue a federal district judge, her claim must fail. Defendant enjoys absolute immunity from liability for damages for acts committed within her judicial

jurisdiction. *See Mirales v. Waco*, 502 U.S. 9 (1991); *Forrester v. White*, 484 U.S. 219 (1988); *Bradley v. Fisher*, 13 Wall. 335, 20 L.Ed. 646 (1872).

The Court will dismiss the complaint because it fails to state a claim upon which relief can be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). An Order consistent with this Memorandum Opinion will be issued separately.

United States District Judge

Date: 6/19/08