FILED
JUN 3 0 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHELLE B. BUSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 1122 |
| ) | |
| JUDGE KOLLAR-KOTELLY, ) | |
| ) | |
| Defendant. ) | |

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is further

ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief can be granted.

This is a final appealable Order. *See* Fed. R. Civ. P. 4.

_____
United States District Judge

Date: 6/19/08